■ In the Matter of WILLIAM J. and Others, Children Alleged to be Permanently Neglected. BRENDA J., Respondent; RONALD E., Appellant, and McMAHON SERVICES FOR CHILDREN, Respondent. [644 NYS2d 226]

Clear and convincing evidence established that respondent-appellant had permanently neglected the children where, despite the agency's diligent efforts, he failed to plan for their future or maintain contact (Social Services Law § 384-b [7] [a]; *see, Matter of Sheila G.*, 61 NY2d 368). Such efforts by the agency are "subject to the rule of reason" (*Matter of O. Children*, 128 AD2d 460, 464), and the agency "is not charged with a guarantee that the parent succeed in overcoming his or her predicaments. Indeed, an agency that has embarked on a diligent course but faces an utterly un-co-operative or indifferent parent should nevertheless be deemed to have fulfilled its duty." (*Matter of Sheila G., supra*, at 385.) As domestic violence was the primary obstacle preventing family reunification, respondent-appellant's denial of abusive behavior and failure to utilize rehabilitative services evidenced his failure to plan for the future of the children (*see, Matter of Robin PP.*, 222 AD2d 762). He also failed to maintain regular contact with the children (*see, Matter of Star Leslie W.*, 63 NY2d 136, 143).

Concur—Murphy, P. J., Milonas, Wallach, Ross and Nardelli, JJ.